LAW OFFICES
# McCABE, WEISBERG & CONWAY, P.C.

| | | |
|---|---|---|
| SUITE 1400<br>123 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19109<br>(215) 790-1010<br>FAX: (215) 790-1274<br><br>SUITE 201<br>216 HADDON AVENUE<br>WESTMONT, NJ 08108<br>(856) 858-7080<br>FAX: (856) 858-7020 | SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>GENERAL FAX (914) 636-8901<br>MEDIATION ONLY FAX (855) 427-1278 | SUITE 2S09<br>1 HUNTINGTON QUADRANGLE<br>MELVILLE, NY 11747<br>(631) 812-4084<br>FAX: (855) 845-2584<br><br>SUITE 102<br>1407 FOULK ROAD<br>FOULKSTONE PLAZA<br>WILMINGTON, DE 19803<br>(302) 409-3520<br>FAX: 855-425-1980 |

October 13, 2017

Judge Robert E. Littlefield Jr.
U.S. Bankruptcy Court
Northern District of New York
445 Broadway
Albany, NY 12207

Re:     Thomas A. Fron and Mary C. Baldi-Fron
Case No.    16-10616-1-REL
Status Report for Loss Mitigation Status Conference scheduled for 10/16/2017

Dear Judge Robert E. Littlefield Jr.:

The office of McCabe, Weisberg & Conway, P.C. represents Carrington Mortgage Services in the instant loss mitigation proceeding. Please allow this letter to serve as a loss mitigation status report.

On October 3, 2017, Debtors' attorney confirmed with our office that the Debtors are accepting the following Loan Modification offer:

$365,000.00 (write off the remaining balance)
4.6%
Amortized over 30 years
$1,871.15 PI
5 month trial
$4,000.00 Good Faith Payment due November 1, 2017

We are currently waiting for the Loan Modification documents to be generated by our client. Once we receive them, we will immediately forward to the Debtors' attorney for execution. Thanks for your attention in this matter.

Very truly yours,

Melissa DiCerbo, Esq.

cc:    David F. DeVall, Esq.
       via email: ddevall3@nycap.rr.com