So Ordered.

Signed this 12 day of December, 2017.

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    THOMAS A. FRON and                           ORDER MODIFYING PLAN
    MARY C. BALDI-FRON,                          AND EXCUSING ARREA

                                                                     Chapter 13 Case No. 16-10616

The Debtors having filed a motion dated July 13, 2017 requesting an Order modifying their confirmed Chapter 13 Plan so as to excuse the arrears owing to the Trustee at the time the motion was filed, and directing the said default to be cured at the end of the Plan; and said motion coming before the Court on August 10, 2017 and being adjourned to September 14, 2017 for the Debtor to correct certain deficiencies in the service of the motion; and the Trustee now consenting to the relief requested and the good cause appearing, it is

ORDERED, the arrears owing the Chapter 13 Trustee at the time the motion was filed are hereby excused, provided the Debtors resume regular plan payments in August, 2017, and it is further

ORDERED, the Plan base is unchanged and the said default to the Trustee shall be cured at the end of the plan.

###

ENTRY OF ORDER CONSENTED TO:

_____
Bonnie S. Baker, Esq.
Attorney to Chapter 13 Trustee

_____
David F. DeVall, Esq.
Attorney for Debtors